# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNIE O. KELLY,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | NO. 19-1750 |
| v. | : | |
| | : | |
| **TOM WOLF, PA GOVERNOR,** | : | |
| *et al.*, | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 26th day of September, 2019, upon consideration of Plaintiff Johnnie O. Kelly's Amended Complaint (ECF No. 11), which raises claims under 42 U.S.C. § 1983, it is hereby **ORDERED** that the Amended Complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*